THE CITY OF ST. AUGUSTINE, A PUBLIC CORPORATION, EXISTING IN THE STATE OF FLORIDA, AND J. E. INGRAHAM, MAYOR, H. W. DAVIS, ACTING MAYOR, AND K. LOPEZ, ALL COMPOSING THE BOARD OF CITY COMMISSIONERS OF THE CITY OF ST. AUGUSTINE, FLORIDA, AND J. J. MURPHY, CITY TREASURER AND COLLECTOR OF THE CITY OF ST. AUGUSTINE, FLORIDA, *Appellants*, v. ST. JOHNS ELECTRIC COMPANY, A CORPORATION, *Appellee*.

Decision Filed July 30, 1920.

An Appeal from an order of the Circuit Court within and for the County of St. Johns; George Couper Gibbs, Judge.

*E. Noble Calhoun*, for Appellants;

*George W. Bassett, Jr.*, and *David R. Dunham*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., not participating.